UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GREGORY CORBIN,

                              Plaintiff,

v.                                                    **ORDER**

NYS CHILD SUPPORT PROCESSING         22-CV-07809 (PMH)
CENTER, et al.,

                            Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff commenced this action on September 13, 2022 against Defendant NYS Child Processing Center. (Doc. 1). A summons was issued for Defendant on September 13, 2022, and the summons was returned executed on January 13, 2023. (Doc. 5). Defendant's answer was due on January 9, 2023, 2022. (*Id.*). Defendant never filed an answer and is currently in default. Plaintiff, however, has not yet sought a Clerk's Certificate of Default.

      As there has been no activity on this docket since Defendant's summons was returned executed nearly two months ago, Plaintiff is directed to submit a letter to the Court via ECF concerning the status of this action by March 15, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

                                        **SO-ORDERED:**

Dated: White Plains, New York
       March 1, 2023

                                        _____
                                        Philip M. Halpern
                                        United States District Judge