UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GREGORY CORBIN,

          Plaintiff,

v.                                        **ORDER OF DISMISSAL**

NYS CHILD SUPPORT PROCESSING     22-CV-07809 (PMH)
CENTER, et al.,

          Defendants.
-------------------------------------------------------------x

On September 13, 2022, Plaintiff Gregory Corbin commenced the instant action against Defendants NYS Child Processing Center and Office of Child Support. (*See* Doc. 1). Since then, summons issued but Plaintiff failed to properly effect service upon either Defendant.[1]

On March 1, 2023, the Court issued an Order to Show Cause warning Plaintiff that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before March 14, 2023, he showed good cause in writing for his failure to effect service within 90 days of filing the Complaint and, thus, to comply with Rule 4(m). (Doc. 14).

To date, Plaintiff has failed to respond to the Court's March 7 Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is instructed to close this case.

                                         **SO ORDERED:**

Dated: White Plains, New York
       April 6, 2023

                                        _____
                                        Philip M. Halpern
                                        United States District Judge

---

[1] A summons was returned executed for Defendant NYS Child Processing Center on January 13, 2023 but, upon further review, that service was improperly attempted via email without prior authorization from the Court. (Doc. 5.); *see also* N.Y. C.P.L.R. 308.